NUMBER 13-00-00254-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________


ANTONIO C. LOPEZ, ET AL., Appellants,


v.




CONTINENTAL EAGLE CORPORATION,

ET AL., Appellees.

_____________________________________________________________


On appeal from the 197th District Court of Cameron County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Rodriguez, and Benavides


Memorandum Opinion Per Curiam


 This appeal was abated by this Court on April 5, 2001, due to the bankruptcy of one
of the parties to this appeal. See 11 U.S.C. § 362; see generally Tex. R. App. P. 8. Since
the abatement there has been no activity in this appeal. On April 16, 2009, the Court
ordered the parties to file an advisory regarding the status of the appeal and, if applicable,
a motion to reinstate the appeal or a motion to dismiss the appeal. 

 Appellant responded to the order by informing the Court that the case should be
reinstated and dismissed for want of prosecution. Accordingly, we reinstate and dismiss
the appeal for want of prosecution. See Tex. R. App. P. 42.3(b).


 PER CURIAM


Memorandum Opinion delivered and 

filed this the 4th day of June, 2009.